FILE COPY

RE: Case No. 15-0397                                     DATE: 6/8/2015
COA #: 13-12-00648-CV      TC#: 2011-30925-211
STYLE: MARC R. CORE
    v. CITIBANK, N.A.
    A petition for review was filed today in the above-styled
case.  Respondent may file either a response, or a waiver of
response.  If you file a waiver, the Court will not grant the
petition without first requesting a response.  (TEX. R. APP. P.
53.3)  There is no fee for a response or a waiver.


MS. DORIAN E. RAMIREZ
CLERK, THIRTEENTH COURT OF
APPEALS
901 LEOPARD STREET, 10TH FLOOR
CORPUS CHRISTI, TX  78401